FILED

FEB 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  BENJAMIN B. WAGNER
   United States Attorney for the Eastern District of California
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 3:10-mj-70134 MEJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER |
| v. | ) |
| | ) DATE: February 23, 2011 |
| HUMBERTO AGRELA, | ) TIME: 9:30 a.m. |
| | ) COURT: Hon. Timothy J. Bommer |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Daniel Blank, counsel for Defendant, that the above status conference be removed from this Court's February 23, 2011, calendar, and that the matter be calendared before Judge Susan Illston on February 25, 2011, at 11:00 a.m.

This request is made jointly by the government and defense so that Judge Illston may consider the question of whether Mr. Agrela should be medicated against his will. See United States v. Rivera-Guerrero, 377 F.3d 1064 (9th Cir. 2004) (holding that a magistrate judge may not order involuntary medication).

1

| | | |
|---|---|---|
| 1 | Dated: February 18, 2011 | /s/ Paul Hemesath |
| 2 | | Paul Hemesath |
| | | Assistant United States Attorney |
| 3 | | Counsel for Plaintiff |
| 4 | Dated: February 18, 2011 | /s/ Daniel Blank |
| | | Daniel Blank |
| 5 | | Counsel for Defendant |
| | | HUMBERTO AGRELA |

**ORDER**

**IT IS SO ORDERED.**

Dated: 2/23/11 , 2011

United States Magistrate Judge
Timothy J. Bommer

2